# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 54 WM 2016

Respondent :

v. :

DONALD C. EICHLER, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel has failed to establish that he properly acted to protect Petitioner's allocatur rights, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.

    Justice Mundy did not participate in the consideration or decision of this matter.